LUCY B. BICKFORD, Respondent, *v.* EDWIN C. BICKFORD, Appellant.

Submitted January 18, 1940; decided February 27, 1940.

*Sol M. Linowitz* for appellant.

*Frederick Wiedman* for respondent.

Judgment of the Appellate Division reversed and that of Special Term affirmed, without costs, on the ground that the weight of evidence sustains the judgment of the Special Term. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.